IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. PAIGE,

    Plaintiff,                        No. CIV S-08-2164 DAD P

    vs.

SACRAMENTO COUNTY MAIN JAIL,

    Defendants.                ORDER

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.

          Plaintiff's request for leave to proceed in forma pauperis is incomplete. First, plaintiff's form application is missing several pages. In addition, plaintiff has not included a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

          Accordingly, IT IS HEREBY ORDERED that:

          1. Plaintiff's September 15, 2008 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

1

     2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

     3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: September 23, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
paig2164.3emod