IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. PAIGE,

    Plaintiff,                  No. CIV S-08-2164-SPG (PC)

    vs.

SACRAMENTO COUNTY MAIN JAIL,

    Defendant.              <u>ORDER AND ORDER TO SHOW CAUSE</u>

                                  /

         By an order filed February 27, 2009, this court directed the United States Marshal to serve all process without prepayment of costs. On March 12, 2009, the Marshal returned the summons and complaint indicating that service on defendants had been executed. Defendants Polete and Wall, although properly served,[1] have not yet filed a responsive pleading.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Defendants Polete and Wall show cause, within twenty-one days from the date of this order, why default should not be entered;

         2. The Clerk of the Court shall forward a copy of this order to defendants Polete and Wall; and

---

[1] Court records show that defendants accepted service on May 20, 2009, which means that a responsive pleading was due on or before July 20, 2009. <u>See</u> Fed. R. Civ. P. 12(a).

1

1       3. The Clerk of the Court is directed to serve a copy of this order on Jennifer
2 Neill, Supervising Deputy Attorney General.
3 DATED: August 12, 2009

                                     /s/ Susan P. Graber
                                  UNITED STATES CIRCUIT JUDGE