IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. PAIGE,

    Plaintiff,                   No. CIV S-08-2164-SPG (PC)

    vs.

SACRAMENTO COUNTY MAIN JAIL,

                Defendant.    ORDER DISCHARGING ORDER TO SHOW CAUSE AND NOTING DEFENDANTS' APPEARANCE

        By an order filed on August 12, 2009, this court directed Defendants Deputy Wall and Sergeant Polete to show cause why they had not filed a responsive pleading to Plaintiff's complaint. On August 20, 2009, Defendants Deputy Wall and Sergeant Polete filed a response to the court's Order to Show Cause and a motion for partial dismissal of Plaintiff's complaint. Defendants Deputy Wall and Sergeant Polete are hereby discharged from the Order to Show Cause. The court further notes that Defendants Deputy Wall and Sergeant Polete have appeared now through the filing of their motion for partial dismissal. Under Local Rule 78-230(m), Plaintiff has 21 days to file an opposition to Defendants' motion to partially dismiss.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall forward a copy of this order to defendants Polete and Wall; and

1

2. The Clerk of the Court is directed to serve a copy of this order on Jennifer Neill, Supervising Deputy Attorney General.

DATED: August 25, 2009

                                              /s/ Susan P. Graber
                                              UNITED STATES CIRCUIT JUDGE