1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY W. PAIGE,

11          Plaintiff,              No. CIV S-08-2164-SPG (PC)

12      vs.

13   SACRAMENTO COUNTY MAIN JAIL,

14          Defendant.      ORDER DENYING PLAINTIFF'S MOTION FOR

15                          DEFAULT JUDGMENT AS MOOT

16   _____/

17          By an order filed on August 26, 2009, this court discharged Defendants Deputy

18   Wall and Sergeant Polete from the Order to Show Cause and noted their appearance.  Plaintiff's

19   motion, filed August 24, 2009, requesting that the court enter default judgment against the

20   defendants, therefore, is moot.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's motion is denied as moot;

23          2.  The Clerk of the Court shall forward a copy of this order to defendants Polete

24   and Wall; and

25

26

1

1          3.  The Clerk of the Court is directed to serve a copy of this order on Jennifer

2    Neill, Supervising Deputy Attorney General.

3    DATED:  September 14, 2009

4

5                                              /s/ Susan P. Graber
                                        UNITED STATES CIRCUIT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26