IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. PAIGE,

    Plaintiff,                     No. CIV S-08-2164-SPG (PC)

    vs.

SACRAMENTO COUNTY MAIN JAIL,

    Defendant.               ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

        Plaintiff filed a "Motion to Strike" on September 8, 2009, to which Defendants responded on September 14, 2009. Plaintiff filed a reply on September 21, 2009.

        It is unclear to the court to which document Plaintiff refers in his "Motion to Strike." If Plaintiff is attempting to strike the court's Order Discharging the Order to Show Cause, entered on August 26, 2009, Plaintiff's filing is impermissible. A party may file a motion to strike only "a pleading," not a court order. Fed. R. Civ. P. 12(f). If Plaintiff was asking the court to reconsider its August 26 order, the court declines to do so. If Plaintiff's "Motion to Strike" was filed as an opposition to Defendants' motion to dismiss, filed August 20, 2009, his filing is non-responsive to Defendants' motion. Insofar as Plaintiff asks for appointment of counsel, his request is denied. <u>Agyeman v. Corr. Corp. of Am.</u>, 390 F.3d 1101, 1103 (9th Cir. 2004).

The court orders Plaintiff to file a response to Defendants' motion to dismiss. Plaintiff shall file his response on or before October 21, 2009. Failure to do so may result in dismissal of this case for failure to prosecute or for failure to follow court orders. Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion to Strike" is DENIED;

2. Plaintiff shall file a response to Defendants' motion to dismiss on or before October 21, 2009;

3. The Clerk of the Court shall forward a copy of this order to Defendants; and

4. The Clerk of the Court is directed to serve a copy of this order on Jennifer Neill, Supervising Deputy Attorney General.

DATED: October 1, 2009

                                            /s/ Susan P. Graber

                                            UNITED STATES CIRCUIT JUDGE