IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY W. PAIGE,

      Plaintiff,                    No. CIV S-08-2164-SPG (PC)

   vs.

SACRAMENTO COUNTY MAIN JAIL,

      Defendant.                <u>ORDER AND ORDER TO SHOW CAUSE</u>

                                /

        The court entered judgment for Defendants on November 18, 2009, because of Plaintiff's failure to prosecute this suit. Specifically, Plaintiff did not file an opposition to Defendants' motion to dismiss the complaint as the court directed him to do by order on October 1, 2009. On December 8, 2009, Plaintiff filed a motion to address the court, in which he alleged that he did not receive his mail during the month in which notice of the October 1, 2009, order was served.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff show cause, within fifteen days from the date of this order, why he should be relieved from the judgment;

        2. The Clerk of the Court shall forward a copy of this order to defendants Polete and Wall; and

1

1       3. The Clerk of the Court is directed to serve a copy of this order on Jennifer
Neill, Supervising Deputy Attorney General.

DATED: October 14, 2010

                                            /s/ Susan P. Graber
                                   UNITED STATES CIRCUIT JUDGE